HON. FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.  CR07-5200FDB |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| BLAKE SCOTT STUTSMAN, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT BLAKE SCOTT STUTSMAN's motion to withdraw his request for a CrR 17.2 settlement conference is GRANTED. The motion is withdrawn.

Dated this 30th day of July 2007.

_____
The Honorable Franklin D. Burgess
United States District Court Judge